## MITCHELL ET AL. *v.* RIDDELL, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL.

No. 1044.   Decided April 1, 1969.

*Solicitor General Griswold, Assistant Attorney General Walters,* and *Gilbert E. Andrews* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## MacQUARRIE *v.* McLAUGHLIN, REGISTRAR OF MOTOR VEHICLES.

No. 1483, Misc.   Decided April 1, 1969.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and the case set for oral argument.